STATE OF CONNECTICUT *v.* JOHN DENBY

The defendant's petition for certification for appeal from the Appellate Court, 35 Conn. App. 609 (AC 12216), is granted, limited to the following issue:

"Where a defendant has been charged with possession of narcotics with intent to sell, within 1000 feet of a school, in violation of General Statutes §§ 21a-278 and 21a-278a (b), is it an essential element that the defendant has the specific intent to sell within 1000 feet of a school?"

The Supreme Court docket number is SC 15155.

*Donald Dakers,* special public defender, in support of the petition.

*Jack W. Fischer,* assistant state's attorney, in opposition.

Decided December 12, 1994

STATE OF CONNECTICUT *v.* KAROL DOMIAN

The defendant's petition for certification for appeal from the Appellate Court, 35 Conn. App. 714 (AC 13080), is granted, limited to the following issue:

"Whether the Appellate Court was correct in concluding that the defendant's plea to arson in the first degree was entered knowingly, intelligently and voluntarily when he was not informed of the mandatory minimum sentence?"

The Supreme Court docket number is SC 15154.

*Deborah DelPrete Sullivan,* assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided December 12, 1994